406

97 A.3d 336

**Daryl PITTS, Petitioner**

v.

**Pamela Pryor DEMBE, President Judge Philadelphia County.**

**No. 57 EM 2014.**

Supreme Court of Pennsylvania.

July 28, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of July, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.